ROBERT RUBENOFF, Appellant, *v.* DAVID DAVIS et al., Composing the Firm of DAVIS & MARCUS et al., Respondents.

*Rubenoff* v. *Davis*, 142 App. Div. 892, affirmed.
(Submitted October 9, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1911, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action by a judgment creditor of the firm of Davis & Marcus to set aside a sale of personal property as being in contravention of article 5 of the Personal Property Law and in fraud of creditors.

45

*Louis Kunen* for appellant.

*Julius G. Kremer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ. Not voting: WILLARD BARTLETT, J.